## In the United States Court of Federal Claims

| | |
|---|---|
| JOSHUA LUGER, AND<br>WARRIOR WASH & EMPORIUM, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br><br>    Defendant. | CASE NO. __26-30 C__ |

### Notice of Directly Related Case

Plaintiffs, Joshua Luger and Warrior Wash & Emporium, LLC, file this Notice of Directly Related Case to inform the Court and the Defendant as follows:

1. In August 2025, Plaintiffs filed with the Court of Federal Claims a case titled as Luger et al. v. USA, which was given Case # 1:25-cv-1345 and assigned to Judge Kaplan.

2. This newly filed matter is a directly related case because it involves the same parties and the same claims as the above-referenced matter, which Judge Kaplan dismissed by way of her Opinion and Order on or about November 4, 2025, on the Government's Rule 12(b)(6) Motion to Dismiss for a technical reason under 28 U.S.C. § 1500.

3. Since the Plaintiffs' original case was dismissed very early in the process, Plaintiffs believe there will be little, if any, conservation of judicial resources.

Received – USCFC
JAN - 9 2026

Dated this 6th day of January 2026.

                                         Respectfully Submitted,
**BORMANN, MYERCHIN, ESPESETH & EDISON, LLP**
Attorneys for the Plaintiffs
418 East Broadway Avenue, Suite 240
P.O. Box 995
Bismarck, ND 58502-0995
Phone: 701-250-8968
Email: pmyerchin@bmellp.com

By: *[signature]*
Paul H. Myerchin (ND ID# 05412)

2